THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN E. HAWKINS,        )<br>                              )<br>          Plaintiff,        )<br>    v.                    )<br>                              )<br>THE WAYNESBURG COLLEGE,    )<br>                              )<br>    Defendant and          )<br>    Third-Party Plaintiff, )<br>    v.                    )<br>                              )<br>EMERSON ELECTRIC COMPANY; SEARS )<br>HOLDING CORPORATION; SEARS,  )<br>ROEBUCK AND COMPANY; and KCD IP, )<br>LLC.                        )<br>    Third-Party Defendants. ) | Civil Action No. 07-5<br><br>Civil Action No. 07-535 |

## ORDER OF COURT

AND NOW, this 18th day of December, 2007, it is hereby ordered that Paragraphs 1 through 7 of the parties' Stipulation Regarding Protection of Trade Secret Information and Documents are adopted in total and made part of this Order, and that the text of this Order also shall be entered in *Cincinnati Ins. Co. v. Hawkins*, 07-535 (W.D.Pa.). It is further ordered that no party to this action or to *Cincinnati Ins. Co. v. Hawkins*, 07-535 (W.D.Pa.), may file of record in either action any "CONFIDENTIAL"-marked document absent prior Order of Court.

IT IS SO ORDERED,

_____
Francis X. Caiazza
United States District Court Magistrate Judge